United States Bankruptcy Court

Central District of California

In re:

Johnathan Michael Brummel

    Debtor

Case No. 26-10486-SC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8                 User: admin                               Page 1 of 2

Date Rcvd: May 26, 2026           Form ID: 318a                             Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| 42940189 | + | CA DEPT OF MOTOR VEHICLES, PO BOX 932382, SACRAMENTO, CA 94232-3820 |
| 42940196 | + | HOAG MEMORIAL HOSPITAL, ONE HOAG DRIVE, NEWPORT BEACH, CA 92663-4162 |
| 42940201 | + | PARK NEWPORT APARTMENTS, 1 PARK NEWPORT, NEWPORT BEACH, CA 92660-5004 |
| 42940197 | + | SAVANT CARE INC, 4966 EL CAMINO REAL STE 224, LOS ALTOS, CA 94022-1458 |
| 42940200 | + | VCA ARROYO ANIMAL HOSPITAL, 1 SOUTH POINTE DR, LAKE FOREST, CA 92630-2204 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| db | + | Email/PDF: johnbrummel@gmail.com | May 27 2026 05:03:00 | Johnathan Michael Brummel, 255 Radial, Irvine, CA 92618-1034 |
| tr | | Email/Text: richard.marshack@txitrustee.com | May 27 2026 05:04:00 | Richard A Marshack (TR), Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620 |
| smg | | EDI: EDD.COM | May 27 2026 08:49:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 27 2026 08:50:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42940203 | ^ | MEBN | May 27 2026 05:00:59 | AMERICOR, 18200 VON KARMAN AVE STE 600, IRVINE, CA 92612-7146 |
| 42940202 | + | EDI: ATTWIREBK.COM | May 27 2026 08:49:00 | AT&T, PO BOX 5019, CAROL STREAM, IL 60197-5019 |
| 42940192 | | Email/Text: collectionadmin@genesiscred.com | May 27 2026 05:04:00 | COLUMBIA DEBT RECOVERY, 906 SE EVERETT MALL WAY STE 301, EVERETT, WA 98203 |
| 42940190 | + | EDI: CAPITALONE.COM | May 27 2026 08:49:00 | Capital One, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 42940193 | + | EDI: DISCOVER | May 27 2026 08:49:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 42940194 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | May 27 2026 05:06:00 | FIRSTPOINT COLLECTION RESOURCES, 225 COMMERCE PL, GREENSBORO, NC 27401-2426 |
| 42940187 | + | EDI: CALTAX.COM | May 27 2026 08:50:00 | Franchise Tax Board (FTB), PO Box 942867, Sacramento, CA 94267-0001 |
| 42940195 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 27 2026 05:05:00 | GOLDMAN SACHS BANK USA (APPLE CARD), LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-0001 |
| 42940188 | | EDI: IRS.COM | May 27 2026 08:49:00 | Internal Revenue Service (IRS), Centralized |

District/off: 0973-8                         User: admin                                    Page 2 of 2

Date Rcvd: May 26, 2026                      Form ID: 318a                                  Total Noticed: 22

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Insolvency Operation, PO Box, Philadelphia, PA 19101 |
| 42940204 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 27 2026 05:06:00 | NELNET SERVICING, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 42940186 | + | Email/Text: bankruptcy@orangecountyscu.org | May 27 2026 05:06:00 | Orange County's Credit Union, 1701 E Saint Andrew Pl, Santa Ana, CA 92705-4934 |
| 42940198 | + | EDI: SYNC | May 27 2026 08:49:00 | SYNCHRONY BANK, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 42940199 | + | Email/Text: edbknotices@ecmc.org | May 27 2026 05:05:00 | US DEPT OF EDUCATION, OFFICE OF THE GENERAL COUNSEL, 400 MARYLAND AVE SW, WASHINGTON, DC 20202-0001 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42940191 | *+ | Capital One, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gavin L Greene | on behalf of Defendant United States Department Of Education gavin.greene@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Richard A Marshack (TR) | pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Johnathan Michael Brummel | Social Security number or ITIN   xxx–xx–9802 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Central District of California

Case number:   8:26–bk–10486–SC

## Order of Discharge – Chapter 7                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Johnathan Michael Brummel

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/26/26

**Dated:** 5/26/26

**By the court:** Scott C Clarkson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

11/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318–CACBdodb/CACodsc      **Order of Chapter 7 Discharge**      page 2